

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-12-00430-CR

Charles **ARRINGTON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1663
Honorable Sharon MacRae, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for Rehearing En Banc, and the motion is DENIED.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2015.

_____
Keith E. Hottle
Clerk of Court